IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:
JENNIFER DIANNE HOLLAND,

    Debtor.

Case No. 07-30176
Chapter 7

ORNL FEDERAL CREDIT UNION,

    Appellant,

v.

JENNIFER DIANNE HOLLAND,

    Appellee.

District Court Case No. 07-279

## AGREED JUDGMENT

Come now the parties, ORNL Federal Credit Union ("Credit Union"), Appellant; Jennifer Dianne Holland ("Debtor"), Debtor/Appellee; and Gwendolyn M. Kerney, Chapter 13 Trustee ("Trustee"), by and through counsel and would state unto the Court that the parties are in agreement, as represented by signature of counsel below, that an Agreed Judgment should be entered in this matter as follows:

    1.    Judgment is hereby entered reversing the Order of the United States Bankruptcy Court for the Eastern District of Tennessee, which confirmed the Debtor's plan over the objection of the Credit Union; and

    2.    This matter is hereby remanded to the United States Bankruptcy Court for the Eastern District of Tennessee for proceedings consistent with this Agreed Judgment.

IT IS SO ORDERED.

_____
United States District Court Judge

**APPROVED FOR ENTRY:**

/s/Thomas H. Dickenson
THOMAS H. DICKENSON, BPR 006844
MATTHEW A. BIRDWELL, BPR 023509
Attorneys for ORNL Federal Credit Union
**HODGES, DOUGHTY & CARSON, PLLC**
P. O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307


/s/Cynthia T. Lawson
CYNTHIA T. LAWSON   BPR#018397
Attorney for Debtor
5418 Clinton Highway
Knoxville, TN  37912
(865) 687-0733


/s/Gwendolyn M. Kerney
Gwendolyn M. Kerney
Trustee
P. O. Box 228
Knoxville, TN 37901-0228
(865) 524-4995


Q:\Sharon\ORNL\Holland\Agreed Judgment1.doc